**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

RONNIE LEE RUSSELL, JR.,         )
                                     )
     Petitioner,              )
                                     )
vs.                               )     CIV. A. NO.: 26-0041-JB-MU
                                   )
STATE OF ALABAMA, *et al.,*     )
                                   )
     Respondents.           )

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 1st day of May, 2026.

                        /s/ JEFFREY U. BEAVERSTOCK
                        CHIEF UNITED STATES DISTRICT JUDGE